UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PONKEY, an individual and THE BRAUN GROUP LLC, a California limited liability company, for themselves individually and on behalf of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>LLR, INC., a Wyoming corporation; LULAROE, LLC, a California limited liability company; LENNON LEASING, LLC, a Wyoming limited liability company; MARK A. STIDHAM, an individual; DEANNE S. BRADY a/k/a DEANNE STIDHAM, STRAIGHT AND NARROW, LLC, a Nevada limited liability company; AIRPORT ROAD #25, LLC, a Wyoming limited liability company; YELLOW HUSKY, LLC, a Wyoming limited liability company; BRADHAM INVESTMENT HOLDINGS, LLC, a Wyoming limited liability company; SEQUOIA HOLDINGS, LLC, a Wyoming limited liability company; SEQUOIA HOLDINGS MANAGEMENT, LLC, a Wyoming limited liability company; BIG SKY COMPANY VENTURES, LLC, a Wyoming limited liability company; JOSHUA TREE INVESTMENTS, LLC, a Wyoming limited liability company; BRYCE CANYON INVESTMENTS, | Case No. 5:21-cv-00518-AB-SHK<br><br>[Proposed] **Order Granting Stipulation and Request to (1) Withdraw Without Prejudice Defendants' Motion for Judgment on the Pleadings and (2) Extend Time By Less Than 30 days for Defendants LLR, Inc., LuLaRoe, LLC, Lennon Leasing, LLC, Mark A. Stidham and DeAnne S. Brady to Respond to First Amended Complaint** |

LLC, a Wyoming limited liability company; GOLDEN GATE HOLDINGS MANAGEMENT, LLC, a Wyoming limited liability company; REDWOOD VENTURES, LLC, a Wyoming limited liability company; LEGAL FUND HOLDINGS, LLC, a Wyoming limited liability company; STORYLAND INVESTMENTS, LLC, a Wyoming limited liability company; 13 CROWNS INVESTMENTS, LLC, a Wyoming limited liability company; CORONA LAND CAMPUS, LLC, a California limited liability company; 823 RINGDAHL CIRCLE, LLC, a California limited liability company; 4048 SUZIE CIRCLE, LLC, a California limited liability company; ROBERT LOLL, an individual; and DOES 1-10, inclusive,

Defendants.

Having considered the parties' stipulation and request, and good cause appearing, the Court hereby **GRANTS** the parties' stipulation and request and orders:

1. That Plaintiffs' first amended complaint filed September 15, 2023 [Dkt. 47] be deemed the operative complaint in this case, to which Defendants LLR, Inc., LuLaRoe, LLC, Lennon Leasing, LLC, Mark Stidham and DeAnne Brady may respond on or before October 27, 2023; and

2. That Defendants' motion for judgment on the pleadings [Dkt. 42], now set for hearing on October 6, 2023 be withdrawn without prejudice as moot and taken off calendar.

**IT IS SO ORDERED.**

Dated: September 22, 2023

_____
Honorable André Birotte Jr.
United States District Judge